UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.   CIVIL ACTION NO.: 11-12724

CLAUDENIA R. BUFORD   HONORABLE: AVERN COHN

    Defendant.
_____/

## JUDGMENT

The court having reviewed the pleadings in this matter and being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment is GRANTED.

The Government is entitled to the amount of $207,164.59, plus pre-judgment interest from the date of January 26, 2012, $350.00 in court costs as premitted by 28 U.S.C. § 2412(a)(2), and post judgment interest shall accrue at the legal rate in effect pursuant to 28 U.S.C. § 1961.

Dated:  March 13, 2012        s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Claudenia R. Buford**,** 21732 Colony Park Cir, Apt 208, Southfield, MI 48076 on this date, Tuesday, March 13, 2012, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160